Mark Brnovich
Attorney General
Firm State Bar No. 14000

Jonathan C. Simon
Assistant Attorney General
AZ Bar No. 029750
Office of the Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8387
Facsimile: (602) 542-4273
Email: Jonathan.Simon@azag.gov
Attorneys for the State of Arizona
  *ex rel*. Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>FRANCISCO E CANCHE,<br>SSN: XXX-XX-3134<br><br>Debtor. | Chapter 13<br><br>Case No. 2:20-bk-00488-PS<br><br>**OBJECTION TO CONFIRMATION OF ORIGINAL CHAPTER 13 PLAN**<br><br>Docket No. 13 |

The State of Arizona *ex rel.* Arizona Department of Revenue ("Department") objects to the *Original Chapter 13 Plan* ("Plan") filed by Francisco E. Canche ("Debtor") on January 28, 2020 as follows:

1. The Department is the agency empowered and entitled to enforce Arizona tax laws and regulations, including but not limited to individual income taxes. A.R.S. § 43-208.

2. The Debtor is an individual residing in the State of Arizona and upon information and

BCE20-00310

belief is required to file and pay certain tax liabilities to the Department, including individual income taxes. *See* A.R.S. §§ 43-301 and 43-501.

3. The Department filed a proof of claim establishing a partially estimated priority claim in the amount of $1,876.28. A true and accurate copy of the Department's First Amended Proof of Claim ("Claim") dated February 20, 2020 is No. 1-2 on the Court's Claims Register. The Department's Claim indicates that the Debtor has failed to file the tax return indicated below ("Outstanding Return"):

| Income | 2019 |
|--------|------|
| TPT    | Not Applicable |
| WTH    | Not Applicable |

4. As indicated in the Department's Claim, the Debtor has failed to file all tax returns as required by 11 U.S.C. § 1308. The Debtor's failure to file the Outstanding Return constitutes cause to convert or dismiss the case. *See* 11 U.S.C. § 1307(e); Local Rule of Bankruptcy Procedure 2084-5. Moreover, the Plan cannot be confirmed until such time that the Debtor files the Outstanding Return. 11 U.S.C. § 1325(a)(9). A signed, dated, and non-redacted copy of the Outstanding Return with the corresponding federal form W-2 and Federal Schedule A, as applicable, may be sent to Michelle.Schlosser@azag.gov, which the Department will accept as filed on the date that it is received by the Attorney General's Office.

5. The Department's Claim is entitled to priority treatment pursuant to 11 U.S.C.

§ 507(a)(8)(A). The Plan is required to provide payment in full of all priority claims, unless the claimant agrees otherwise. 11 U.S.C. § 1322(a)(2). Here, the Department has not agreed to different treatment than what Section 1322 requires and the Plan does not provide for the full payment of the Department's priority claim. Therefore, the Plan cannot be confirmed. 11 U.S.C. § 1325(a)(1).

6. The Department reserves the right to amend, supplement, or withdraw this objection.

## Conclusion

Any Chapter 13 plan that the Debtor proposes must provide for and eliminate the objections specified herein in order to be reasonable and to comply with applicable provisions of 11 U.S.C. § 1325. Since the Plan, as it is currently proposed, does not comply with 11 U.S.C. § 1325, it cannot be confirmed.

WHEREFORE, the Department prays as follows:

1. That Confirmation of the proposed Chapter 13 Plan be denied, or in the alternative, that the Plan be amended or modified to remedy the Department's objections herein;

2. That should the Debtor fail to amend or modify the Plan to conform with the Bankruptcy Code in a reasonable time, that the Court dismiss or convert this case to a Chapter 7; and

3. For such other and further relief as this Court deems proper.

3

Case 2:20-bk-00488-PS   Doc 17   Filed 03/17/20   Entered 03/17/20 14:54:08   Desc
Main Document    Page 3 of 4

RESPECTFULLY SUBMITTED this 17th day of March, 2020.

        MARK BRNOVICH
        Attorney General

        /s/ JCS No. 029750
        Jonathan C. Simon
        Assistant Attorney General
        Attorney for the State of Arizona
         *ex rel.* Arizona Department of Revenue

ORIGINAL of the foregoing filed electronically this 17th day of March, 2020 with:

United States Bankruptcy Court
District of Arizona

COPY of the foregoing sent by U.S. Mail or by email* this 17th day of March, 2020 to:

Thomas A. McAvity*
Phoenix Fresh Start Bankruptcy Attorneys
4602 East Thomas Road, Ste S-9
Phoenix, AZ 85028
tom@nwrelief.com
*Attorney for Debtor*

Russell A. Brown*
Chapter 13 Trustee
3838 North Central Avenue, Suite 800
Phoenix, AZ 85012-1965
mail@ch13bk.com
*Chapter 13 Trustee*

/s/ Michelle Schlosser
BCE20-00310